IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHONG CHEN, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE COMPANY, | : | No. 11-2356 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **14$^h$** day of **February, 2012**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, and for the reasons stated in the Court's Memorandum dated February 14, 2012, it is hereby **ORDERED** that:

1. The motion (Document No. 18) is **GRANTED**.

2. The Clerk of the Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**